UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

In Re:   Barbara Jane Norton-Gill                    Case No. 17-20037-RAG
                                                     Chapter 13

**********************************
U.S. Bank Trust National Association,
as Trustee of the Tiki Series III Trust,
Movant

vs.

Barbara Jane Norton-Gill, Debtor
Willard L Gill Jr., Non-filing Co-Debtor
                Respondent(s)

### NOTICE OF DEFAULT AND NOTICE OF TERMINATION OF FORBEARANCE

The Debtor has failed to comply with the Consent Order and Stipulation Modifying Automatic Stay entered July 10, 2018, in the following manner:

The debtor should have paid the regular monthly payments in the amount of $1,507.78 per month for the months of July 2018 through December 2018. "Additional" monthly payment should have been made in the amount of $17,616.58 by December 10, 2018. The debtor has paid $4,700.00. The amount necessary to cure the default is therefore $22,304.58, which includes attorney's fees and costs in the amount of $100.00, and late fees in the amount of $241.32. **All subsequent payments that come due after the filing of this notice must be included in the payment to cure the default.**

Under the provisions of the Consent Order, the stay of Section 362 (a) will terminate and the Movant will resume the foreclosure of its Deed of Trust recorded among the land records of Carroll County, Maryland, and which is secured by the property of the Debtors at **1259**

18-604349

**Carrollyn Drive, Westminster, Maryland 21158**, unless the default noted is cured within ten (10) days from the date this notice is filed. The Consent Order applies to proceedings for possession of the property after foreclosure.

Signed and mailed this 28th day of December, 2018.

Respectfully submitted:

*/s/ Joshua Welborn, Esq. (Jwel)*
Joshua Welborn, Esq.
Attorney for Movant
Bar No. 29359
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcymd@mwc-law.com

18-604349

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, 2018 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Robert S. Thomas, II
300 E Joppa Road, Suite 409
Towson, Maryland  21286
ECF@ch13balt.com

Marc A. Appel
Waldman, Grossfeld, et al
455 Main Street
Reisterstown, Maryland  21136
mappel7@aol.com

I hereby further certify that on the 28th day of December, 2018, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Barbara Jane Norton-Gill
1259 Carrollyn Drive
Westminster, Maryland  21158
(Via U.S Mail)

Willard L Gill Jr.
1259 Carrollyn Drive
Westminster, Maryland  21158
(Via U.S. Mail)

                                      */s/ Joshua Welborn, Esq.*
                                      Joshua Welborn, Esq.

18-604349